## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JOSEPH EARL SMITH, | Civil No. 06-1713 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS, (BOP), BOP HARLEY LAPPIN, SHELLEY R. STANTON, LISA J.W. HOLLINGSWORTH, G. SANTINI, BLASKO. WOODALL, P. BENNETT, J. EDMOND, R.L. MORRISON, A. LaSALLE, and J. ESPINAL, | |
| Defendants. | |

_____

Joseph Earl Smith, #47239-019-S-21, FPC, PO Box 1000, Duluth, MN 55814, plaintiff *pro-se*.

No appearance on behalf of defendants.

The above-entitled case comes before the Court upon the plaintiff's motion for voluntary dismissal without prejudice (Docket No. 6), in accordance with Fed. R. Civ. P. 41(a)(1). No answer or other pleading has been filed in this case.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's claims in this action are **DISMISSED WITHOUT PREJUDICE**.

DATED: August 7, 2006                                s/John R. Tunheim_____
at Minneapolis, Minnesota                      JOHN R. TUNHEIM
                                                                United States District Judge